UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENLAB USA LLC, | ) |
| Plaintiff, | ) Civil Action No. 1:16-cv-8771 |
| v. | ) |
| ESTAR TECHNOLOGIES LTD., ECLIPSE AESTHETICS LLC, HEALEON MEDICAL, INC., | ) |
| Defendants. | ) |

### NOTICE OF DEFENDANTS ECLIPSE AESTHETICS, LLC, AND HEALEON MEDICAL, INC., MOTION FOR PRELIMINARY INJUNCTIONS AND STAY

For the reasons set forth in the attached Memorandum of Law, Defendants Eclipse Aesthetics, LLC, and Healeon Medical, Inc., move this Court to enjoin Plaintiff's action against its customers, and/or enjoin improper communications to customers of Defendants, and/or after entry of the injunctions a severance and stay of the action against Defendants.

Specifically, Defendant requests a preliminary injunction enjoining the continuance of the customer suit; preventing the filing of additional lawsuits against other customers of Eclipse or Healeon; preventing Plaintiff from making additional claims or representations, either oral or written, outside of this lawsuit that any of the PRP products manufactured by Estar infringe any claim of the patent in suit. Additionally, subject to its request for a preliminary injunction as to the claims against customers, Defendants Eclipse and Healeon are requesting a severance and stay of the claims against them pending the outcome of the claims against the manufacturer Estar.

Respectfully submitted,

s/Vincent J. Allen
Vincent J. Allen
Texas Bar No. 24012209
Carstens & Cahoon, LLP
13760 Noel Rd., Suite 900
Dallas, TX 75240
Telephone: 972-367-2001
allen@cclaw.com
**ATTORNEY FOR DEFENDANT ECLIPSE AESTHETICS, LLC and HEALEON MEDICAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel for Plaintiff Regenlab USA LLC were served with a copy of this document via the Court's CM/ECF system on July 6, 2017.

s/Vincent J. Allen
Vincent J. Allen
