USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-6-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**REGENLAB USA LLC,**

**Plaintiff,**

**-against-**

**ESTAR TECHNOLOGIES LTD. ET AL,**

**Defendants.**

**16-cv-8771(ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report in this matter by February 20, 2020.

**SO ORDERED.**

Dated: February 6, 2020
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**