USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-19-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

REGENLAB USA LLC,

        Plaintiff, : 1:16-cv-8771 (ALC)

  -against-      : <u>ORDER</u>

ESTAR TECHNOLOGIES LTD., ET AL,
        Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On February 6, 2020, the Court ordered the parties to submit a joint status report in this matter by February 20, 2020. (ECF No. 199). On February 13, 2020, the Court granted Plaintiff's attorneys' request to withdraw as counsel. (ECF No. 202).

Plaintiff's prior attorneys are hereby ordered to serve the motion to withdraw upon Plaintiff. Plaintiff should retain new counsel and counsel should file their appearance for the record within 45 days. Additionally, the order for the joint status report is VACATED.

**SO ORDERED.**

**Dated:** February 19, 2020

   New York, New York        **ANDREW L. CARTER, JR.**
                         **United States District Judge**