USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/1/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**REGENLAB USA LLC,**

                      **Plaintiff,**

    **-against-**

**ESTAR TECHNOLOGIES LTD. ET AL ,**

                      **Defendants.**

**16-cv-8771 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by July 15, 2020.

**SO ORDERED.**

Dated:  July 1, 2020
       New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**