USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________________
DATE FILED: 7/13/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------X**
**REGENLAB USA LLC,**

**Plaintiff,**

**- against -**

**16-cv-8771 (ALC)**
**ORDER TO SHOW CAUSE**

**ESTAR TECHNOLOGIES LTD., ET AL.,**

**Defendants.**
**--------------------------------------------------------X**

On February 13, 2020, the Court granted Plaintiff's attorneys' request to withdraw as counsel. On February 19, 2020, the Court ordered Plaintiff to retain new counsel and to have new counsel file an appearance within 45 days. To date, no counsel for Plaintiff has appeared. LLCs like Plaintiff are required to be represented by counsel. *See Ptak Bros. Jewelry, Inc. v. Ptak*, No. 06 Civ. 13731, 2009 WL807725, at *8 (S.D.N.Y. Mar. 30, 2009).

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . ."). Such showing should be made by Plaintiff's attorney filing an appearance within 30 days. **Any failure by Plaintiff to make this showing will result in a dismissal of this case without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).**

Additionally, the Court's July 1, 2020 order for status report is VACATED.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 13, 2020**

**ANDREW L. CARTER, JR.**
**United States District Judge**